UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:14-80031-CR-MARRA/MATTHEWMAN

UNITED STATES OF AMERICA,

vs.

CHRISTOPHER GLENN,

     Defendant.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE PRE-SENTENCE INVESTIGATION REPORT

**COMES NOW**, the Defendant, **CHRISTOPHER GLENN**, by and through his undersigned counsel, and files this Unopposed Motion for Extension of Time to File Response to the Pre-Sentence Investigation Report in reference to the above-captioned case. As grounds for this Motion, the Defendant states:

1.  Sentencing in this matter is currently set for July 31, 2015.

2.  Senior U.S. Probation Officer Edward L. Cooley completed and filed the Pre-Sentence Investigation, and it was made available for disclosure on March 13, 2015.

3.  The Defendant's response/objections are currently due by June 29, 2015.

4.  Patrick R. McKamey, Esquire is requesting additional time in order to finalize the response/objections.

5.  Undersigned counsel has conferred with Assistant United States Attorney, Ricardo Del Toro, whom advised that he has no objection to Defendant's motion.

6.  For the above reasons, the Defendant requests a two (2) day  extension, up to and including, Wednesday, July 1, 2015, to file his response/objections, if any, to the Pre-Sentence Investigation Report, with leave to revisit this issue if needed.

**WHEREFORE**, counsel for the Defendant, **CHRISTOPHER GLENN**, respectfully requests that this Honorable Court grant the above requested extension up to and including July

1, 2015 to file the Objection to Pre-Sentence Investigation in the above case.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 26th day of June, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, wither via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

Respectfully Submitted,

PATRICK R. McKAMEY, ESQ.
Perlet, Shiner & McKamey, P.A.
Attorney for the Defendant
Northbridge Centre
515 North Flagler Drive, Suite 701
West Palm Beach, Florida 33401
(561) 721-0552 telephone
( 561) 721-3049 facsimile

By: *s/Patrick R. McKamey, Esquire*
    Patrick R. McKamey, Esq.
    Florida Bar No. 0103624